# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00787-CV

### In re Airstream, Inc. and RV Retailer Texas II LLC d/b/a Blue Compass RV

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators filed a petition for writ of mandamus challenging the trial court's order denying their motion to dismiss. *See* Tex. R. App. P. 52.1. After signing the order denying the motion to dismiss, the respondent judge, the Honorable Madeleine Connor, left office as the presiding judge of the 353rd District Court of Travis County. Under Rule 7.2 of the Texas Rules of Appellate Procedure, this Court abated the original proceeding to allow the successor judge to reconsider the issues. *See id.* R. 7.2(b). Following a hearing before the successor judge, Relators have filed an unopposed motion to dismiss this original proceeding.

Accordingly, we reinstate this original proceeding and grant Relator's unopposed motion to dismiss the cause.

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Filed:   April 23, 2025